UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| BOARD OF TRUSTEES OF THE 112/73 RETIREMENT TRUST FUND NECA-IBEW,<br><br>Plaintiff,<br><br>v.<br><br>CHRISTENSON ELECTRIC, INC., an Oregon corporation,<br><br>Defendant. | NO. CV-07-087-RHW<br><br>**ORDER GRANTING PLAINTIFF'S MOTION FOR VOLUNTARY DISMISSAL** |

Before the Court is Plaintiff's Motion for Voluntary Dismissal (Ct. Rec. 3). The motion was heard without oral argument.

Pursuant to Fed. R. Civ. P. 41(a)(1), Plaintiff asks that the above-captioned case be dismissed. The parties have entered into a Settlement Agreement.

Accordingly, **IT IS HEREBY ORDERED:**

1. Plaintiff's Motion for Voluntary Dismissal (Ct. Rec. 3) is **GRANTED**.

2. The above-captioned case is dismissed.

**IT IS SO ORDERED.** The District Court Executive is hereby directed to enter this Order, furnish copies to counsel and close the file.

**DATED** this 20th day of May, 2008.

*s/ Robert H. Whaley*

ROBERT H. WHALEY
Chief United States District Judge

Q:\CIVIL\2007\Bdoftrustees.dismiss.ord.wpd

**ORDER GRANTING PLAINTIFF'S MOTION FOR VOLUNTARY DISMISSAL ~ 1**